# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TAMARRA SHANAY WASHINGTON,<br><br>    Defendant. | No. CR16-1013<br><br>ORDER FOR DETENTION |

On the 29th day of August 2016 this matter came on for initial appearance on the Petition for Revocation of Pre-Sentence Release (docket number 42) filed by the Government on August 23, 2016. The Government was represented by Assistant United States Attorney Dan Chatham. The Defendant appeared personally and was represented by her attorney Christopher J. Nathan. At the hearing, Defendant agreed to be detained pending further proceedings. Accordingly, the Court concludes that Defendant's presentence release should be revoked.

### ORDER

IT IS THEREFORE ORDERED that the Petition for Revocation of Pre-Sentence Release (docket number 42) filed by the Government is **GRANTED**. Defendant's presentence release is hereby **REVOKED**. The Defendant shall be detained pending further proceedings.

DATED this 29th day of August, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA